No. 86–5388. TYSON v. MCKELLAR, WARDEN, ET AL., 479 U. S. 1037. Motion for leave to file petition for rehearing denied.